

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-18-00412-CR

Ramiro **TREVINO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 218th Judicial District Court, Atascosa County, Texas
Trial Court No. 07-11-0317-CRA
Honorable Russell Wilson, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's memorandum opinion of this date, the trial court's order denying appellant's motion for post-conviction DNA testing is AFFIRMED.

SIGNED March 27, 2019.

_____
Irene Rios, Justice